UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

ROBERT L. DYKES #201541,

    Plaintiff,

v.

    Case No: 2:24-cv-17

MICHAEL BROWN et al.,

    HON. ROBERT J. JONKER

    Defendants.

    _____/

### <u>ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION</u>

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on October 1, 2024, 2024 (ECF No. 22). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 22) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 18) is **GRANTED** in part and **DENIED** in part. The Court dismisses plaintiff's claims that accrued prior to January 29, 2021, on statute of limitations grounds. This case shall proceed against those claims and defendants identified in the Magistrate's Report and Recommendation.

The Court discerns no good-faith basis for appeal of this matter. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

Dated:   October 23, 2024         /s/ Robert J. Jonker
                                                        ROBERT J. JONKER
                                                        UNITED STATES DISTRICT JUDGE